IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:22-CR-00016 (WLS-TQL) |
| | : | |
| MARIANO SERRANO-MEZA, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a "Response of the Defedant [sic] to Court Order of 6-7-2022." (Doc. 23.) Therein, defense counsel states that he recently received discovery and is still evaluating the case and determining how to proceed. As such, Defendant requests a continuance of the trial from the August 2022 trial term, and he states that the Government concurs. *Id.* ¶¶ 3, 6.

Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's response (Doc. 23), which requests a continuance and is thus construed as a motion to continue, is **GRANTED**.[1] The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court

---

[1] Per the Court's Order noticing the Parties to confer, counsel should be sure to file a "motion to continue" going forward whenever a continuance from the trial term is requested. (*See* Doc. 22.)

has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). The July 6, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 22nd day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**